ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 2 0 2013

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:12-CR-409 |
| TREMAIN HUTCHINSON | : | THIRD SUPERSEDING |
| a.k.a. "Mario S" | : | |
| a.k.a. "TJ S" | : | |
| a.k.a. "Quan S" | : | |
| a.k.a. "Tjak S" | : | |
| a.k.a. "Harry S" | : | |
| a.k.a. "Ced S" | : | |
| a.k.a. "Larry S" | : | |
| a.k.a. "Money M" | : | |
| a.k.a. "Mario H" | : | |
| a.k.a. "Q D" | : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Beginning on a date unknown, but at least by November 2011, and continuing until in or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a. "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly employ, use, persuade, induce, entice, and coerce a minor, "K.H.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, in violation of Title 18, United States Code, Sections

2251(a) and (e).

## COUNT TWO

In or around February 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," using any facility and means of interstate commerce, including computer and telephone, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice and coerce, an individual, "K.H.," who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, a violation of Georgia Code Section 16-6-1 (rape), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

Beginning in or around November 2011, and continuing until in or around February 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly employ, use, persuade, induce, entice, and coerce minors, "T.P.1" and "T.P.2," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would

be transported and transmitted in interstate commerce by any means, including by computer and telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

Beginning in or around November 2011, and continuing until in or around February 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," using any facility and means of interstate commerce, including computer and telephone, did knowingly persuade, induce, entice, and coerce "T.P.1" and "T.P.2," individuals who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, violations of Georgia Code Sections 16-6-4 and 16-6-22 (child molestation and incest), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE

In or around December 2011, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "Z.D.," to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIX

Beginning on or about December 26, 2011, in the Northern District of Georgia, and continuing until in or around January 2012, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," using any facility and means of interstate commerce, including computer and telephone, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice and coerce an individual, "N.T.," who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, violations of Georgia Code Sections 16-6-3 and 16-6-4 (statutory rape and child molestation), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT SEVEN

Beginning on a date unknown to the grand jury, but at least by in or around January 2012, and continuing until in or around

February 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "D.P.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT EIGHT

In or around January 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," using any facility and means of interstate commerce, including computer and telephone, did knowingly persuade, induce, entice, and coerce an individual, "D.P.," who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, violations of Georgia Code Sections 16-6-3 and 16-6-4 (statutory rape and child molestation), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT NINE

Beginning on a date unknown to the grand jury, but at least by in or around January 2012 and continuing until in or around February 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "J.H.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TEN

Beginning in or around January 2012, and continuing until in or around February 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly employ, use, persuade, induce, entice, and coerce minors, "V.N.1" and "V.N.2," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would

6

be transported and transmitted in interstate commerce by any means, including by computer and telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT ELEVEN

Beginning in or around January 2012, and continuing until in or around February 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," using any facility and means of interstate commerce, including computer and telephone, did knowingly persuade, induce, entice, and coerce "V.N.1" and "V.N.2," individuals who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, violations of Georgia Code Sections 16-6-4 and 16-6-22 (child molestation and incest), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWELVE

Beginning on a date unknown to the grand jury, but at least by in or around January 2012, and continuing until in or around March 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly

employ, use, persuade, induce, entice, and coerce a minor, "Z.B.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT THIRTEEN

In or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly employ, use, persuade, induce, entice, and coerce minors, "C.L.1" and "C.L.2," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT FOURTEEN

In or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D,"

using any facility and means of interstate commerce, including computer and telephone, did knowingly persuade, induce, entice, and coerce "C.L.1" and "C.L.2," individuals who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, violations of Georgia Code Sections 16-6-4 and 16-6-22 (child molestation and incest), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIFTEEN

On or about April 4, 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did, using any facility and means of interstate commerce, including by computer and telephone, knowingly transfer obscene matter to an individual, "K.V.," who had not attained the age of 16 years, knowing that "K.V." had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT SIXTEEN

In or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly employ, use, persuade, induce, entice, and coerce a

minor, "K.V.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SEVENTEEN

On or about April 4, 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did, using any facility and means of interstate commerce, including by computer and telephone, knowingly transfer obscene matter to an individual, "M.M.," who had not attained the age of 16 years, knowing that "M.M." had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT EIGHTEEN

In or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly employ, use, persuade, induce, entice, and coerce a minor, "M.M.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing

and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT NINETEEN

In or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "R.P.," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate commerce by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWENTY

Beginning on or about November 20, 2011, and continuing until on or about November 21, 2011, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," knowingly distributed one or more visual depictions of minors, "T.P.1" and "T.P.2," engaging in sexually

explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate commerce, by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

### COUNT TWENTY-ONE

On or about January 30, 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," knowingly distributed one or more visual depictions of minors, "T.P.1" and "T.P.2," engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate commerce, by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

### COUNT TWENTY-TWO

On or about January 30, 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a.

"Mario H," a.k.a. "Q D," knowingly advertised, promoted, presented, distributed and solicited, using any means and facility of interstate commerce, including the internet, material and purported material in a manner that reflected the belief, and was intended to cause another to believe, that the material and purported material was and contained a visual depiction of actual minors, "T.P.1" and "T.P.2," engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Sections 2252A(a)(3)(B) and (b).

## COUNT TWENTY-THREE

Beginning on a date unknown to the Grand Jury, but at least by in or around November 2011, and continuing through at least in or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," knowingly received one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate commerce, by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## COUNT TWENTY-FOUR

Beginning on a date unknown to the Grand Jury, but at least by in or around November 2011 and continuing through at least in or around April 2012, in the Northern District of Georgia, the defendant, TREMAIN HUTCHINSON, a.k.a "Mario S," a.k.a. "TJ S," a.k.a. "Quan S," a.k.a. "Tjak S," a.k.a. "Harry S," a.k.a. "Ced S," a.k.a. "Larry S," a.k.a. "Money M," a.k.a. "Mario H," a.k.a. "Q D," knowingly possessed a computer and telephone containing one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer and telephone, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B).

A _____TRUE_____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____
YONETTE SAM-BUCHANAN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 623455

/s/ Leslie Abrams
LESLIE ABRAMS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 001441

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
404/581-6181 (facsimile)